**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 98-30052
_____

CAPITOL HOUSE PRESERVATION COMPANY, LLC,

Plaintiff-Appellant,

VERSUS

PERRYMAN CONSULTANTS, INC., ET AL.,

Defendants,

PERRYMAN CONSULTANTS, INC., ET AL.,

Defendants-Appellees

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CAPITOL HOUSE PRESERVATION COMPANY, LLC,

Plaintiff-Appellant,

VERSUS

JAZZ ENTERPRISES, INC., ET AL.,

Defendants,

JAZZ ENTERPRISES, INC., ET AL.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Louisiana
(95-CV-725)
_____

November 10, 1998

Before WISDOM, DAVIS and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See Local Rule 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.